# THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| OGDEN REGIONAL AIRPORT ASSOCIATION, INC., *et al.*, individually and on behalf of similarly situated individuals,<br><br>Plaintiffs,<br><br>v.<br><br>OGDEN CITY AIRPORT, OGDEN CITY, and BRYANT GARRETT, in his capacity as manager of the Ogden City Airport,<br><br>Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 1:21-cv-75<br><br>District Judge David Barlow |

IT IS ORDERED AND ADJUDGED:

Defendants' Motion to Dismiss[1] is GRANTED. Plaintiffs' claims under federal law (Counts II, III, IV, and VII of the Second Amended Complaint[2]) are DISMISSED WITH PREJUDICE. All remaining claims are DISMISSED WITHOUT PREJUDICE for lack of jurisdiction pursuant to 28 U.S.C. 1367(c)(3).

Signed July 11, 2022.

BY THE COURT

_____
David Barlow
United States District Judge

---

[1] ECF No. 61

[2] ECF No. 57.